1  **ATKIN WINNER & SHERROD**
   Trevor L. Atkin, NV State Bar No.3133
2  1117 S. Rancho Dr.
   Las Vegas, NV 89102
3  Telephone: (702) 243-7000
   Facsimile: (702) 243-7059
4  tatkin@awslawyers.com

5  **WOOLLS & PEER**
   John E. Peer, State Bar CA No. 95978
6  A Professional Corporation
   One Wilshire Boulevard, 22nd Floor
7  Los Angeles, California 90017
   Telephone:     (213) 629-1600
8  Facsimile:     (213) 629-1660
   jpeer@woollspeer.com
9
   Attorneys for Plaintiff
10 Valley Forge Insurance Company

11

12                     UNITED STATES DISTRICT COURT

13                         **DISTRICT OF NEVADA**

14 | VALLEY FORGE INSURANCE COMPANY, | Case No.: 2:10-CV-1152 PMP-RJJ |
   | Plaintiff, | |
15 | v. | **VOLUNTARY DISMISSAL OF ALL CLAIMS WITHOUT PREJUDICE** |
16 | WEST LAS VEGAS SURGERY CENTER, LLC, a Nevada Limited Liability Company, d/b/a Medical District Surgery Center; ROBERT BIEN, M.D., an individual; STEVEN BECKER, M.D., an individual; and JOSEPH DYLAG, an individual, | |
17 | | |
18 | | |
19 | Defendants. | |

20

21

22

23     The Defendants having not filed or served an answer, motion for summary judgment or

24 otherwise having appeared herein; the Plaintiff VALLEY FORGE INSURANCE COMPANY

25 represented through their undersigned counsel, requests, authorizes and directs the Clerk of the

26     ///

27

28

PRINTED ON RECYCLED PAPER                          1
32999.1

207413.1

Court to enter a Voluntary Dismissal of the above-captioned case without prejudice.

DATED this 7th day of September, 2010.

                                   ATKIN WINNER & SHERROD

                                   */s/ Trevor L. Atkin*
                                   Trevor L. Atkin
                                   Nevada Bar No. 3133
                                   1117 South Rancho Drive
                                   Las Vegas, NV  89102
                                   *Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE

DATED: September 7, 2010.